# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:16-CV-00050-RLV-DSC

| | |
|---|---|
| SEDGEWICK HOMES, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| STILLWATER HOMES, INC., et. al., | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on Plaintiff's Consent Motion to Stay Proceedings as to Defendants Joseph Lynn Shoemaker and Emily Groce Shoemaker (document #38), and for good cause shown, Plaintiff's Consent Motion to Stay is **GRANTED**. It is hereby **ORDERED** that these proceedings are stayed as to Joseph Lynn Shoemaker and Emily Groce Shoemaker pending resolution of Sedgewick's claims against the corporate Defendant.

The Court commends the parties and their counsel for their cooperation in consenting to this stay.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: September 13, 2016

David S. Cayer
United States Magistrate Judge